# ReedSmith

**David L. Weissman**
Direct Phone: +1 212 521 5466
Email: dweissman@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 25, 2016

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

*Cando et al v. Big City Yonkers, Inc. et al* - Settlement Conference
**Docket No: 1:16-cv-01154 (WFK) (RML)**

Dear Judge Levy:

We represent defendants Big City Yonkers, Inc. et al in the abovementioned matter, and have been in continuous discussions with opposing counsel regarding a potential resolution of this case. Accordingly, the parties are jointly requesting an appearance before your Honor to assist in facilitating a possible settlement to the litigation. After communicating with your chambers regarding scheduling, the parties are available for a settlement conference on October 4th any time after 1:30 PM. We greatly appreciate your time and attention.

Respectfully,

*/s/ David L. Weissman/*

David L. Weissman
Mark S. Goldstein
Jake A. Ebers

cc:     C.K. Lee, Esq.

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS
PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-128261330.1-JAEBERS 08/25/2016 2:36 PM