# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Mark S. Goldstein**
Direct Phone: +1 212 549 0328
Email: mgoldstein@reedsmith.com

October 24, 2016

<u>Via ECF</u>

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Cando, et al. v. Big City Yonkers, Inc., et al.*
> <u>Case No. 1:16-cv-01154 (RML)</u>

Dear Judge Levy:

    We represent Defendants Big City Yonkers, Inc., Autostar Automotive Warehouses Inc., and QPBC, Inc. (collectively, the "Big City Defendants"; together with Plaintiffs, the "Parties") in the above-referenced action. We are writing, jointly with Plaintiffs' counsel, in accordance with Rule 2(C) of Your Honor's Individual Practices and Rules, to respectfully request that the Court convene a pre-motion conference regarding Plaintiff's anticipated motion for preliminary approval of the Parties' settlement.

    As the Court is aware, during an October 7 settlement conference, the Parties reached a settlement in principle of Plaintiffs' claims against, among other entities, the Big City Defendants.[1] The Parties have spent the ensuing few weeks reducing the terms of such settlement to writing – in a formal settlement agreement – and preparing the motion for preliminary approval of such settlement. The Parties therefore respectfully request that the Court convene a pre-motion conference concerning the anticipated motion. We believe that convening a pre-motion conference, in advance of the motion itself, will facilitate and ease the Court's review of the motion papers.

    Given the timeliness of the motion, we respectfully request that the conference be convened, via telephone, at Your Honor's earliest availability.

                                Respectfully submitted,

                                */s/ Mark S. Goldstein*
                              Mark S. Goldstein

---

[1] For the avoidance of doubt, such settlement does not in way impact Plaintiffs' claims against Michigan Logistics Inc. and Northeast Logistics, Inc., or Michigan Logistics Inc.'s and/or Northeast Logistics, Inc.'s defenses thereto.