# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
               cklee@leelitigation.com

December 1, 2016

**Via ECF**
The Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Cando, et al. v. Big City Yonkers, Inc., et al.*
              Case No. 16-cv-1154

Dear Judge Levy:

      We are counsel to Plaintiffs. We initially filed our Complaint with the Court on March 8, 2016 and Defendants Michigan Logistics, Inc. and Northeast Logistics, Inc. (collectively referred to as the "Diligent Defendants") filed a letter motion for a pre-motion conference with Judge Kuntz to dismiss and compel individual arbitration on June 3, 2016 (Dkt. No. 70).

      In contemplation of a private mediation, the parties requested an adjournment of the pre-motion conference initially scheduled for June 24, 2016 with Judge Kuntz (Dkt. No. 72). After we were unable to reach a settlement, Diligent Defendants renewed their request for a pre-motion conference with Judge Kuntz to file their motion to dismiss and compel arbitration (Dkt. No. 74). Pursuant to all parties' consent to jurisdiction by Your Honor in the *Cando* matter, the pre-motion conference before Judge Kuntz on November 4, 2016 with Diligent Defendants was adjourned (Dkt. Nos. 82 and 84).

      As a result, we are writing to respectfully request an Initial Conference in the *Cando* matter with respect to Diligent Defendants.

      We thank Your Honor for considering this matter.

Respectfully submitted,


/s/ *C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF