**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIO CANDO, et al., on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>BIG CITY YONKERS, INC., AUTOSTAR AUTOMOTIVE WAREHOUSE, INC., QPBC INC., MICHIGAN LOGISTICS INC., NORTHEAST LOGISTICS, INC., and JOHN DOE CORPORATIONS 1-8,<br><br>      Defendants. | No. 16 Civ. 1154 |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

    For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1)  granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), Decl. of C.K. Lee ("Lee Decl.") Ex. A;

(2)  certifying the proposed class for settlement purposes only;

(3)  appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiffs' Counsel") as Class Counsel;

(4)  approving the proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, Lee Decl. Ex. B;

(5)  approving Advanced Litigation Strategies, LLC as Claims Administrator; and

(6)  granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: December 8, 2016
       New York, New York

                                       Respectfully submitted,

By:   /s/ C.K. Lee
      Lee Litigation Group, PLLC
      C.K. Lee (CL 4086)
      Anne Seelig (AS 3976)
      30 East 39th Street, 2nd Floor
      New York, NY 10016
      (212) 465-1188
      *Attorneys for Plaintiffs and the Class*