# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
                   cklee@leelitigation.com

February 14, 2017

**Via ECF**
The Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Cando, et al. v. Big City Yonkers, Inc., et al.*
             Case No.: 16-cv-1154

Dear Judge Levy:

    We are counsel to Plaintiffs in the above-referenced matter. We write, jointly with counsel to Defendants Michigan Logistics Inc. and Northeast Logistics, Inc., represented by Littler Mendelson, to respectfully request a referral to a different magistrate judge for a settlement conference in the above-referenced matter.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF