# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

March 30, 2017

**VIA ECF**
The Honorable Robert M. Levy, U.S.M.J.
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Cando, et al. v. Big City Yonkers, Inc., et al.*
               Case No. 16-cv-1154

Dear Judge Levy,

    We are counsel to Plaintiffs in the above-referenced matter. We write, jointly with counsel to Defendants Michigan Logistics Inc. and Northeast Logistics, Inc., represented by Littler Mendelson, to propose the following briefing schedule for Defendants' Motion to Compel Arbitration as follows:

(i)    Defendants' motion: May 5, 2017
(ii)   Plaintiffs' opposition: June 5, 2017
(iii)  Defendants' reply: June 20, 2017

    The parties respectfully request that the proposed dates be So Ordered by the Court.

Respectfully,

*/s/ C.K. Lee*

C.K. Lee, Esq.

cc: all parties via ECF