UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARIO CANDO, et al.,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        **Plaintiff**,

-against-

BIG CITY YONKERS, INC., et al.,

        **Defendants**.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 16-CV-1154

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants MICHIGAN LOGISTICS, INC. and NORTHEAST LOGISTICS, INC., only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
    Andrew Marks, Esq.
    Dorf & Nelson LLP
    555 Theodore Fremd Ave.
    Rye, New York 10580
    Tel.: (914) 381-7600
    amarks@dorflaw.com

Date: 1/3/18

For the Plaintiff:

By: _____
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    30 East 39th Street, 2nd Floor
    New York, NY 10016
    Tel.: (212) 465-1188
    Fax: (212) 465-1181
    cklee@leelitigation.com

Date: 1/3/18

SO ORDERED

_____
Hon. Robert M. Levy, U.S.M.J.

_____
Dated